# 680 CASES REPORTED WITH BRIEF SYLLABI.

GUST A. KONDOS, Respondent, v. MILDRED NOVELTY MANUFACTURING CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Kelby, Young. and Kapper, JJ.

JOSEPH K. LARKIN and Others, Copartners, etc., Respondents, v. PAN-AMERICA SUPPLY COMPANY, INC., Appellant.— Order denying defendant's motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.

BENJAMIN F. LESLIE, Respondent, v. HARRY COLLINS, INC., Appellant. (Appeal No. 1.) — Order granting plaintiff's motion for bill of particulars affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.

BENJAMIN F. LESLIE, Appellant, v. HARRY COLLINS, INC., Respondent. (Appeal No. 2.) — Order denying plaintiff's motion for an order to preclude defendant for failure to serve bill of particulars reversed upon the law, without costs, and motion remitted to the Special Term to exercise its discretion as to granting the same conditionally or otherwise. We think the pendency of the appeal from the order directing a bill of particulars (ante, p. 680) was not a sufficient ground in itself for denying plaintiff's motion. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.

NEW YORK MILITARY ACADEMY, Respondent, v. HENRIETTA CARNOT, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

HOLGER PETERSON, Appellant, v. GAVIN HADDEN, Respondent.— Judgment unanimously affirmed, with costs. No actionable negligence was proved against the defendant. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES CLARKE, Appellant.— Judgment and order of the County Court of Nassau county affirming the judgment of conviction herein affirmed. No opinion. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. STEPHEN J. FERGUSON, Appellant, v. LEWIS E. LAWES, Agent and Warden of the State Prison at Sing Sing, N. Y., Respondent.— Order denying certiorari order affirmed, without costs. No opinion. Manning, Kelby, Young and Kapper, JJ., concur; Kelly, P. J., dissents.

MARIE THERESE DE LA PERRIERE SCHAEFER, Appellant, v. HENRIETTA F. THOMPSON, Respondent.— Judgment reversed upon the law and the facts, and a new trial granted, with costs to appellant to abide the event. We are of opinion that the letter of April 29, 1921, constituted a valid exercise of the option, and was sufficient to put the defendant to her proof. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.

M. STRAUS & SONS CORPORATION, Respondent, v. EDWARD SPIEGEL, Appellant, Impleaded with Others, Defendants.— Order denying motion to frame issues affirmed, with ten dollars costs and disbursements. Under the circumstances here shown, the decision of the motion was a proper exercise of the court's discretion. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.

PHILIP R. STRAUS, Respondent, v. JAMES J. O'BRIEN, JR., Appellant.— Order appointing receiver reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The moving party, who